THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST (CA State Bar No. 58609)
Assistant United States Attorney
First Assistant Chief, Civil Division
GWENDOLYN M. GAMBLE (CA State Bar No. 143267)
Assistant United States Attorney

Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Email: roger.west4@usdoj.gov
gwen.gamble@usdoj.gov
Telephone: (213) 894-2461/6684
Fax: (213) 894-7819

Attorney for Defendant
UNITED STATES OF AMERICA

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

J. R., et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

NO. CV 06-5475 VBF (RZx)

**ORDER DISMISSING ACTION WITH PREJUDICE**

Honorable Valerie Baker Fairbank

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, each party to bear their own costs and fees.

DATED: 3/24/08

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

PRESENTED BY

WEBER & BAER

/s/ Tracy Baer

TRACY BAER
JONATHAN S. WEBER
Attorneys for Plaintiffs

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Gwendolyn M. Gamble

ROGER E. WEST
GWENDOLYN M. GAMBLE
Assistant United States Attorney
Attorneys for Defendants